

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Konstantina Dimou, individually and as a representative of a class of participants and beneficiaries on behalf of the Thermo Fisher Scientific Inc. 401(k) Retirement Plan

**Plaintiff,**

**V.**

Thermo Fisher Scientific Inc., et al

**Defendant.**

| FILED |
| :---: |
| 11/06/2023 |
| CLERK U.S. DISTRICT COURT |
| SOUTHERN DISTRICT OF CALIFORNIA |
| BY:                    C. Lam  , Deputy |

**Civil No.**  23cv1732-TWR-JLB

**STRICKEN DOCUMENT:**

Amended Complaint

**Per Order #      9**

7