

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Konstantina Dimou, individually and as a representative of a class of participants and beneficiaries on behalf of the Thermo Fisher Scientific Inc. 401(k) Retirement Plan<br><br>**Plaintiff,**<br><br>V.<br><br>Thermo Fisher Scientific Inc.; The Management Pension Committee of the Thermo Fisher Scientific Inc. 401(K) Retirement Plan; Does 1 to 10, inclusive<br><br>**Defendant.** | Civil Action No.   23-cv-1732-BJC-JLB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' Motion to Dismiss in its entirety. ECF No. 48. The Court DISMISSES Plaintiff's Second Amended Complaint (ECF No. 44) with prejudice.

**Date:** _____9/9/25_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Martinez _____
                                    D. Martinez, Deputy